

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00406-CV

In the Interest of **I.G.** and R.C. Jr., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01929
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 25, 2015.

_____
Karen Angelini, Justice